# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ALFRED LADELL DAVIS, | ) |
| Plaintiff, | ) |
| | ) No. 2:20-cv-02507-JTF-atc |
| v. | ) |
| CAPPS BEHAVIOR & HEALTH, INC. and DANNY NIX, | ) |
| Defendants. | ) |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the Order Dismissing Complaint With Prejudice, Denying Leave To Amend, Dismissing Case In Its Entirety, Certifying An Appeal Would Not Be Taken in Good Faith, Notifying Plaintiff of Appellate Filing Fee, And Assessing Strike Under 28 U.S.C. § 1915(g), which was entered on April 7, 2021.

**IT IS SO ORDERED**, this 7th day of April 2021.

APPROVED:

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD  
CLERK

April 7, 2021  
DATE

s/Kristen Polovoy  
(BY) LAW CLERK